IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVIN SANDERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No: 1:06-cv-00354 (RMC) |
| UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: April 28, 2006.

    Respectfully submitted,

    /s/ Jennifer L. Vozne
    JENNIFER L. VOZNE
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 227
    Ben Franklin Station
    Washington, DC 20044
    Phone/Fax: (202) 307-6555/514-6866
    Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1674263.1

## CERTIFICATE OF SERVICE

    IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on April 28, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> MARVIN SANDERS
> *Plaintiff pro se*
> 2300 Youngland Avenue
> Louisville, KY 40216.

                       /s/ Jennifer L. Vozne
                       JENNIFER L. VOZNE