UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARVIN SANDERS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-354 (RMC) |
| ) | |
| **UNITED STATES,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that the Defendant's motion to dismiss the Complaint [Dkt. #3] is **GRANTED**. It is

**FURTHER ORDERED** that the Plaintiff's motion to strike the Defendant's motion to dismiss [Dkt. #5] is **DENIED**.

This is a final appealable order. *See* Fed. R. App. P. 4(a). This case is closed on the Court's docket.

**SO ORDERED.**

Date: September 25, 2006                                            /s/
                                                                                   ROSEMARY M. COLLYER
                                                                                   United States District Judge